THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| THERESE ROHLING PLATT,<br><br>  Plaintiff,<br><br>  v.<br><br>HOLLAND AMERICA LINE, INC., a Washington corporation; HOLLAND AMERICA LINE - U.S.A., a Delaware corporation; HOLLAND AMERICA LINE, N.V. LLC., a Curacao corporation; and HAL ANTILLEN N.V., a Curacao corporation,<br><br>  Defendants. | No. 2:20-cv-00062-JCC<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE** |

Based upon the parties' Stipulated Motion and the Court being fully advised in the premises, IT IS NOW THEREFORE, ORDERED, ADJUDGED, and DECREED, that the following dates shall be amended as follows:

ORDER GRANTING STIPULATED MOTION
TO CONTINUE – Page 1
Case No. 2:20-cv-00062-JCC

| Event | Current Date | Proposed Date |
|---|---|---|
| Pleading Amendments & Third-Party Actions | October 19, 2020 | **February 19, 2021** |
| Discovery-Related Motion Deadline | December 24, 2020 | **April 26, 2021** |
| Discovery Cutoff | January 25, 2021 | **May 25, 2021** |
| Mediation | February 8, 2021 | **June 7, 2021** |
| Dispositive Motion Deadline Disclosure of Expert Reports | February 23, 2021 | **June 23, 2021** |
| Rebuttal Expert Reports | March 25, 2021 | **July 26, 2021** |
| Motions *in Limine* Pre-trial Statement | April 23, 2021 | **August 20, 2021** |
| Exchange Proposed Jury Instructions and Verdict Forms | April 29, 2021 | **August 27, 2021** |
| LR 16 Settlement Conference Deadline | May 4, 2021 | **September 3, 2021** |
| Proposed Pretrial Order | May 14, 2021 | **September 14, 2021** |
| Trial Briefs and Proposed Voire Dire / Jury Instructions | May 20, 2021 | **September 20, 2021** |
| 4-Day Jury Trial | May 24, 2021 at 9:30 a.m. | **September 27, 2021** |

ORDER GRANTING STIPULATED MOTION
TO CONTINUE – Page 2
Case No. 2:20-cv-00062-JCC

ORDERED this 15th day of January, 2021.

*[signature: John C. Coughenour]*

———————————————————————
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE
WESTERN DISTRICT OF WASHINGTON