THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| THERESE ROHLING PLATT,<br><br>        Plaintiff,<br><br>        v.<br><br>HOLLAND AMERICA LINE, INC., a Washington corporation; HOLLAND AMERICA LINE - U.S.A., a Delaware corporation; HOLLAND AMERICA LINE, N.V. LLC., a Curacao corporation; and HAL ANTILLEN N.V., a Curacao corporation,<br><br>        Defendants. | No. 2:20-cv-00062-JCC<br><br>[~~PROPOSED~~] ORDER TO CONTINUE TRIAL DATE AND RELATED DEADLINES |

## [PROPOSED] ORDER

Based upon parties' Stipulated Motion, and the Court being fully advised in the premises, IT IS NOW THEREFORE ORDERED, ADJUDGED, and DECREED, that the case schedule shall be amended as follows:

{29297-00746106;1}
[~~PROPOSED~~] ORDER TO CONTINUE TRIAL DATE
   AND RELATED DEADLINES
– Case No. 2:20-cv-00062-JCC - Page 1

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

| Event | Current Date | Proposed Date |
|---|---|---|
| Disclosure of Expert Reports | October 21, 2021 | **November 22, 2021** |
| Rebuttal Expert Reports | November 23, 2021 | **December 22, 2021** |
| Discovery Cutoff | September 22, 2021 | **February 22, 2022** |
| Mediation/ADR | October 5, 2021 | **February 22, 2022** |
| Dispositive Motion Deadline | October 21, 2021 | **March 7, 2022** |
| Motions *in Limine* Pre-trial Statement | December 20, 2021 | **March 7, 2022** |
| Exchange Proposed Jury Instructions and Verdict Forms | December 28, 2021 | **March 14, 2022** |
| Proposed Pretrial Order | January 12, 2022 | **March 28, 2022** |
| Trial Briefs and Proposed Voir Dire / Jury Instructions | January 18, 2022 | **April 4, 2022** |
| 4-Day Jury Trial | January 24, 2022 | **April 11, 2022** |

DATED this 15th day of October 2021.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

{29297-00746106;1}
[PROPOSED] ORDER TO CONTINUE TRIAL DATE AND RELATED DEADLINES
– Case No. 2:20-cv-00062-JCC - Page 2

LE GROS BUCHANAN & PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990