THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THERESE ROHLING PLATT,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>HOLLAND AMERICA LINE, INC., a Washington corporation; HOLLAND AMERICA LINE - U.S.A., a Delaware corporation; HOLLAND AMERICA LINE, N.V. LLC., a Curacao corporation; and HAL ANTILLEN N.V., a Curacao corporation,<br><br>　　　　　　　Defendants. | No. 2:20-cv-00062-JCC<br><br>[~~PROPOSED~~] ORDER TO CONTINUE EXPERT REPORT DEADLINES<br><br>NOTE ON MOTION CALENDAR: NOVEMBER 30, 2021 |

## [PROPOSED] ORDER

Based upon the parties' Stipulated Motion, and the Court being fully advised in the premises, IT IS NOW THEREFORE ORDERED, ADJUDGED, and DECREED, that the case schedule shall be amended as follows:

{29297-00758790;1}
[~~PROPOSED~~] ORDER TO CONTINUE EXPERT REPORT
DEADLINES - Page 1
Case No. 2:20-cv-00062-JCC

| Event | Current Date | Proposed Date |
|---|---|---|
| Disclosure of Expert Reports | November 22, 2021 | **January 6, 2022** |
| Rebuttal Expert Reports | December 22, 2021 | **February 7, 2022** |

DATED this 30th day of November 2021.

*/s/ John C. Coughenour*

John C. Coughenour
UNITED STATES DISTRICT JUDGE