THE HONORABLE JOHN C. COUGHENOUR

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| THERESE ROHLING PLATT, | |
| Plaintiff, | No. 2:20-cv-00062-JCC |
| v. | [~~PROPOSED~~] ORDER TO CONTINUE TRIAL AND RELATED DEADLINES |
| HOLLAND AMERICA LINE, INC., a Washington corporation; HOLLAND AMERICA LINE - U.S.A., a Delaware corporation; HOLLAND AMERICA LINE, N.V. LLC., a Curacao corporation; and HAL ANTILLEN N.V., a Curacao corporation, | |
| Defendants. | |

**[~~PROPOSED~~] ORDER**

Based upon parties' Stipulated Motion, and the Court being fully advised in the

premises, IT IS NOW THEREFORE ORDERED, ADJUDGED, and DECREED, that the

case schedule shall be amended as follows:

///

///

{29297-00787680;1}
 [~~PROPOSED~~] ORDER TO CONTINUE TRIAL
   AND RELATED DEADLINES
 Case No. 2:20-cv-00062-JCC - Page 1

| Event | Current Date | Proposed Date |
|---|---|---|
| Discovery Cutoff | February 22, 2022 | **August 22, 2022** |
| Mediation/ADR | February 22, 2022 | **August 22, 2022** |
| Dispositive Motion Deadline | March 7, 2022 | **September 6, 2022** |
| Motions *in Limine* Pre-trial Statement | March 7, 2022 | **September 6, 2022** |
| Exchange Proposed Jury Instructions and Verdict Forms | March 14, 2022 | **September 12, 2022** |
| Proposed Pretrial Order | March 28, 2022 | **September 19, 2022** |
| Trial Briefs and Proposed Voir Dire / Jury Instructions | April 4, 2022 | **October 3, 2022** |
| 4-Day Jury Trial | April 11, 2022 | **October 11, 2022** |

DATED this 25th day of February 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

{29297-00787680;1}
[PROPOSED] ORDER TO CONTINUE TRIAL
   AND RELATED DEADLINES
Case No. 2:20-cv-00062-JCC - Page 2

1

**CERTIFICATE OF SERVICE**

2        I hereby certify that on February 25, 2022, I electronically

filed the foregoing with the Clerk of the Court using the CM/ECF

3   system, which will send notification of such filing to the following:

4                    George Thornton

Thornton Mostul PLLC

5                    1000 Second Avenue, Suite 3200

Seattle, WA 98104

6                    *Attorneys for Plaintiff*

7                    Courtney S. LeNeave

Hunegs LeNeave & Kvas

8                    1000 Twelve Oaks Center Drive, Suite 101

Wayzata, MN 55391

9                    *Attorneys for Plaintiff, Pro Hac Vice*

10        I certify under penalty of perjury under the laws of the State of

Washington that the foregoing is true and correct.

11

12        Signed at Seattle, Washington.

13        *s/Sheila Baskins*

Sheila Baskins, Legal Assistant

4025 Delridge Way S.W., Suite 500

14        Seattle, Washington 98106

Telephone:  206-623-4990

15        Facsimile:  206-467-4828

sbaskins@legros.com

16

17

18

19

20

21

22

23

{29297-00787680;1}

[PROPOSED] ORDER TO CONTINUE TRIAL
AND RELATED DEADLINES
Case No. 2:20-cv-00062-JCC - Page 3