# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THERESE ROHLING PLATT,<br><br>            Plaintiff,<br><br>v.<br><br>HOLLAND AMERICA LINE, INC., a Washington corporation; HOLLAND AMERICA LINE - U.S.A., a Delaware corporation; HOLLAND AMERICA LINE, N.V. LLC., a Curacao corporation; and HAL ANTILLEN N.V., a Curacao corporation,<br><br>            Defendants. | No. 2:20-cv-00062-JHC<br><br>**ORDER** |

This matter comes before the Court on "Plaintiff's Rule 6(1)(B) Motion to Extend Time to Respond to D[e]fendants' Motion to Strike Dr. Wood." Dkt. # 61. Presumably, Plaintiff intends to bring the motion under Federal Rule of Civil Procedure 6(b)(1). As the motion was brought after the deadline at issue passed, the excusable neglect standard applies. Fed. R. Civ. P. 6(b)(1)(B). Yet Plaintiff does not explain how she meets that standard.

Accordingly, the Court DENIES the motion.

**ORDER**
Case No. 2:20-cv-00062-JHC - Page 1

DATED this 6th day of February 2023.

_____
John H. Chun
United States District Judge

**ORDER**
Case No. 2:20-cv-00062-JHC - Page 2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

George A. Thornton, WSBA #8198
Thornton Mostul PLLC
1000 Second Avenue, Suite 3200
Seattle, WA 98104
Email:  gthornton@thorntonmostullaw.com
*Attorneys for Plaintiff*

Courtney S. LeNeave, *Pro Hac Vice*
Isabel S. Johnson, WSBA #54265
Hunegs LeNeave & Kvas, P.A.
1000 Twelve Oaks Center Drive, Suite 101
Wayzata, MN 55391
Email:   cleneave@hlklaw.com
         ijohnson@hlklaw.com
*Attorneys for Plaintiff,*

☐ Via U.S. Mail
☐ Via Email Transmission
X Via CM/ECF Electronic Filing/E-Service
☐ Via Hand Delivery

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington.

*/s/Sheila Baskins*
Sheila Baskins, Legal Assistant
4025 Delridge Way S.W., Suite 500
Seattle, Washington 98106
Telephone:  206-623-4990
Facsimile:  206-467-4828
sbaskins@legros.com

**ORDER**
Case No. 2:20-cv-00062-JHC - Page 3