# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THERESE ROHLING PLATT,<br><br>           Plaintiff,<br><br>           v.<br><br>HOLLAND AMERICA LINE, INC., a Washington corporation; HOLLAND AMERICA LINE - U.S.A., a Delaware corporation; HOLLAND AMERICA LINE, N.V. LLC., a Curacao corporation; and HAL ANTILLEN N.V., a Curacao corporation,<br><br>           Defendants. | No. 2:20-cv-00062-JHC<br><br>**ORDER** |

      This matter comes before the Court on Plaintiff's Motion to Permit Remote Attendance of Expert Witnesses. Dkt. # 53. Defendants do not oppose the motion. Dkt. # 65. For the reasons presented by Plaintiff, the Court GRANTS the motion.

      DATED this 6th day of February 2023.

**ORDER**
Case No. 2:20-cv-00062-JHC - Page 1

1

_____
John H. Chun
United States District Judge

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

**ORDER**
Case No. 2:20-cv-00062-JHC - Page 2