UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THERESE ROHLING PLATT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HOLLAND AMERICA LINE, INC., a Washington corporation; HOLLAND AMERICA LINE - U.S.A., a Delaware corporation; HOLLAND AMERICA LINE, N.V. LLC., a Curacao corporation; and HAL ANTILLEN N.V., a Curacao corporation,<br><br>　　　　　　Defendants. | No. 2:20-cv-00062-JHC<br><br>**ORDER RE: PLAINTIFF'S MOTION IN LIMINE** |

This matter comes before the Court on Plaintiff's Motion In Limine (MIL). Dkt. # 52. The motion is noted for February 10, 2023, but it is fully briefed (*see* LCR 7(d)(4) (no reply allowed), and the Court may now rule on it. The Court has considered the materials submitted in support of and in opposition to the MIL, as well as the applicable law and the balance of the case file. Being fully advised, the Court rules as follows:

ORDER RE: MOTIONS IN LIMINE –
Case No. 2:20-cv-00062-JHC - Page 1

This MIL concerns "Undisclosed Opinions or Arguments . . . Requiring the Jury to Speculate Regarding Allegations That Plaintiff Has Failed to Mitigate Her Damages." The Court hesitates to grant such a broad request. Accordingly, the Court DENIES this MIL without prejudice. Plaintiff may raise this objection during the course of trial.

DATED this 7th day of February, 2023.

_____
John H. Chun
United States District Judge