UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THERESE ROHLING PLATT,<br><br>                Plaintiff,<br><br>    v.<br><br>HOLLAND AMERICA LINE, INC., a Washington corporation; HOLLAND AMERICA LINE - U.S.A., a Delaware corporation; HOLLAND AMERICA LINE, N.V. LLC., a Curacao corporation; and HAL ANTILLEN N.V., a Curacao corporation,<br><br>                Defendants. | No. 2:20-cv-00062-JHC<br><br>**ORDER RE: PLAINTIFF'S RULE 16 MOTION FOR A PRETRIAL CONFERENCE** |

      This matter comes before the Court on Plaintiff's Rule 16 Motion for a Pretrial Conference. Dkt. # 63. The Court has considered the materials submitted in support of, and in opposition to, the motion, as well as the balance of the case file and applicable law. Being fully advised, the Court GRANTS in part and DENIES in part the motion. The Court DIRECTS the Courtroom Deputy to arrange for a telephone conference with the parties to discuss *only* whether trial should be continued and, if so, to what date.

ORDER RE: PLAINTIFF'S RULE 16
MOTION FOR A PRETRIAL CONFERENCE
Case No. 2:20-cv-00062-JHC - Page 1

1  DATED this 24th day of February, 2023.

_____
JOHN H. CHUN
U.S. DISTRICT JUDGE