UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THERESE ROHLING PLATT, | CASE NO. 2:20-cv-00062-JHC |
| Plaintiff, | ORDER RE: MOTION TO STRIKE THE JURY |
| v. | |
| HOLLAND AMERICA LINE INC., ET AL., | |
| Defendant. | |

Before the Court is Defendant's Motion to Strike the Jury. Dkt. # 93. Defendant argues that because this action invokes the Court's admiralty jurisdiction, Plaintiff is not entitled to a trial by jury. *Id.* Plaintiff does not oppose the motion. Dkt. # 94.

The Court hereby GRANTS the motion and STRIKES the jury.

Dated this 23rd day of May, 2023.

John H. Chun
United States District Judge

ORDER RE: MOTION TO STRIKE THE JURY - 1