1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THERESE ROHLING PLATT,<br><br>               Plaintiff,<br><br>    v.<br><br>HOLLAND AMERICA LINE INC., ET AL.,<br><br>               Defendant. | CASE NO. 2:20-cv-00062-JHC<br><br>ORDER APPOINTING SETTLEMENT JUDGE |

Local Civil Rule 39.1(e) states that "the court may appoint a settlement judge who may conduct a settlement conference in such manner as that settlement judge may deem appropriate." Local Rules W.D. Wash. LCR 39.1(e).

At today's Pretrial Conference, the parties informed the Court that they would be willing to attend a judicial settlement conference. The Court concludes that this matter is appropriate for referral to a settlement judge pursuant to Local Civil Rule 39.1(e). Accordingly, the Court hereby APPOINTS the Honorable Paula L. McCandlis, United States Magistrate Judge for the Western District of Washington, to serve as settlement judge in this case. Counsel are directed to communicate with Judge McCandlis, through her chambers' staff, about the delivery and length

ORDER APPOINTING SETTLEMENT JUDGE - 1

1    of settlement briefs, any other materials that should be provided, and the time, place, and format

2    of the settlement conference.

3          At any settlement conference Judge McCandlis may hold, all parties are to be represented

4    by counsel (including lead trial counsel) and by principals (and insurers, if applicable) having

5    full authority to enter into a settlement agreement, and to change pre-existing settlement

6    authority without consulting someone else who is not present.  This requirement may be waived

7    only by advance ruling of the settlement judge.

8          The parties are further ORDERED to inform the Court immediately if this matter has

9    been resolved.  The Court DIRECTS the Clerk to provide Judge McCandlis a copy of this order.

10         Dated this 1st day of June, 2023.

11

12

13                                      John H. Chun
                                        United States District Judge

14

15

16

17

18

19

20

21

22

23

24

ORDER APPOINTING SETTLEMENT JUDGE - 2