THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THERESE ROHLING PLATT,<br><br>          Plaintiff,<br><br>    v.<br><br>HOLLAND AMERICA LINE, INC., a Washington corporation; HOLLAND AMERICA LINE - U.S.A., a Delaware corporation; HOLLAND AMERICA LINE, N.V. LLC., a Curacao corporation; and HAL ANTILLEN N.V., a Curacao corporation,<br><br>          Defendants. | No. 2:20-cv-00062-JHC<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

      The parties stipulate to the entry of an Order of Dismissal of Plaintiff's claims against Defendants, in their entirety, with prejudice and without costs, for the reason that the parties have reached final settlement in this matter.

//

//

//

//

{29297-00956828;1}
STIPULATION AND ORDER OF DISMISSAL
Case No. 2:20-cv-00062-JHC - Page 1

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

DATED this 29th day of August, 2023.

        **LE GROS BUCHANAN & PAUL**

By: *s/ Louis Shields*
Louis A. Shields, WSBA #25740
By: *s/ Nathan J. Beard*
Nathan J. Beard, WSBA #45632
4025 Delridge Way SW, Suite 500
Seattle, WA 98106-1271
Phone: (206) 623-4990
Email: lshields@legros.com
          nbeard@legros.com
*Attorneys for Defendants*


By: *s/ George A. Thornton*
George A. Thornton, WSBA #8198
Thornton Mostul PLLC
1000 Second Avenue, Suite 3200
Seattle, WA 98104
Email: gthornton@thorntonmostullaw.com
*Attorneys for Plaintiff*

By: *s/ Cortney S. LeNeave*
Cortney S. LeNeave, *Pro Hac Vice*
By: *s/ Isabel S. Johnson*
Isabel S. Johnson, WSBA #54265
By: *s/ Thomas W. Fuller*
Thomas W. Fuller, *Pro Hac Vice*
Hunegs LeNeave & Kvas, P.A.
1000 Twelve Oaks Center Drive,
Suite 101
Wayzata, MN 55391
Email:  cleneave@hlklaw.com
          ijohnson@hlklaw.com
          tfuller@hlklaw.com
*Attorneys for Plaintiff*

{29297-00956828;1}
STIPULATION AND ORDER OF DISMISSAL
Case No. 2:20-cv-00062-JHC - Page 2

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

## ORDER

Based upon the foregoing Stipulation, Plaintiff's claims are hereby dismissed with prejudice and without costs.

Dated this 29th day of August, 2023.

*[signature: John H. Chun]*

THE HONORABLE JOHN H. CHUN
United States District Court Judge

{29297-00956828;1}
STIPULATION AND ORDER OF DISMISSAL
Case No. 2:20-cv-00062-JHC - Page 3

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

George A. Thornton, WSBA #8198
Thornton Mostul PLLC
1000 Second Avenue, Suite 3200
Seattle, WA 98104
Email:  gthornton@thorntonmostullaw.com
*Attorneys for Plaintiff*

Cortney S. LeNeave, *Pro Hac Vice*
Isabel S. Johnson, WSBA #54265
Thomas W. Fuller, *Pro Hac Vice*
Hunegs LeNeave & Kvas, P.A.
1000 Twelve Oaks Center Drive, Suite 101
Wayzata, MN 55391
Email:   cleneave@hlklaw.com
             ijohnson@hlklaw.com
             tfuller@hlklaw.com
*Attorneys for Plaintiff,*

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington.

*/s/Sheila Baskins*
Sheila Baskins, Legal Assistant
4025 Delridge Way S.W., Suite 500
Seattle, Washington 98106
Telephone:  206-623-4990
Facsimile:  206-467-4828
sbaskins@legros.com

{29297-00956828;1}
STIPULATION AND ORDER OF DISMISSAL
Case No. 2:20-cv-00062-JHC - Page 4

Le Gros Buchanan
& Paul
4025 Delridge Way SW
Suite 500
Seattle, Washington  98106-1271
(206) 623-4990